# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 1, 2014, the cause upon appeal to revise or reverse your judgment between

Steven Stamps and Eva Stamps, Appellant

V.

Alva Elia Ruiz, Appellee

No. 04-14-00062-CV and Tr. Ct. No. 12-08-11759-DCVAJA

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellants' motion to dismiss this appeal is GRANTED. It is ORDERED that Appellee Alva Elia Ruiz recover her costs of this appeal from Appellants Steven Stamps and Eva Stamps.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 22, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00062-CV

**Steven Stamps and Eva Stamps**

**v.**

**Alva Elia Ruiz**

(NO. 12-08-11759-DCVAJA IN 365TH JUDICIAL DISTRICT COURT OF DIMMIT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $5.00 | PAID | EVA STAMPS |
| MOTION FEE | $10.00 | PAID | EVA STAMPS |
| MOTION FEE | $10.00 | E-PAID | ARIC GARZA |
| MOTION FEE | $20.00 | E-PAID | ARIC GARZA |
| MOTION FEE | $10.00 | E-PAID | ARIC GARZA |
| REPORTER'S RECORD | $1,375.00 | PAID | EVA STAMPS |
| MOTION FEE | $10.00 | E-PAID | CARLOS MUNIZ |
| INDIGENT | $25.00 | PAID | EVA STAMP |
| STATEWIDE EFILING FEE | $20.00 | PAID | EVA STAMP |
| FILING | $100.00 | PAID | EVA STAMP |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | EVA STAMP |
| CLERK'S RECORD | $343.00 | UNKNOWN | |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 22, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853